UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
24-4365-DHH

UNITED STATES OF AMERICA

v.

GLENROY MILLER

**MEMORANDUM AND ORDER OF DETENTION**

September 20, 2024

Hennessy, M.J.

Defendant Glenroy Miller is charged by criminal complaint with Conspiracy to Commit Bank Fraud and other offenses.  Defendant was produced from federal custody where he is held pretrial on another case, on September 20, 2024 for an initial appearance.  At the initial appearance, the Court appointed counsel to represent Mr. Miller and the United States moved for detention pursuant to the Bail Reform Act.

At the initial appearance, Mr. Miller executed a waiver of his right to a preliminary hearing.  Based on the Court's colloquy with Mr. Miller and the written waiver, I find the waiver of the preliminary hearing to be knowing and voluntary and is accepted by the Court.

Also at the initial appearance, with the assistance of counsel, Mr. Miller also assented to a voluntary order of detention without prejudice to seek release later.

Accordingly, in connection with the instant case, it is ORDERED --

1

2

(1)      That Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)      That Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and

(3)      That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.


   / s / David H. Hennessy
   David H. Hennessy
   United States Magistrate Judge